# United States Court of Appeals

### For the Eighth Circuit

_____

No. 13-2700

_____

In re: Bryan S. Behrens

*Debtor*

------------------------------

Bryan S. Behrens

*Appellant*

v.

U.S. Bank National Association, as Trustee for RAMP 2006NC2, by Ocwen Loan
Servicing, LLC; GMAC Mortgage, LLC

*Appellee*s

_____

The United States Bankruptcy
Appellate Panel for the Eighth Circuit

_____

Submitted: August 7, 2014
Filed: August 14, 2014
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Bryan Behrens appeals a decision of the Bankruptcy Appellate Panel (BAP) denying his request for a stay of a bankruptcy court[1] order pending his appeal to the BAP, and concluding that it lacked authority to grant a stay pending appeal in this court. We dismiss this appeal as moot.

—————————————————

[1]The Honorable Thomas L. Saladino, Chief Judge, United States Bankruptcy Court for the District of Nebraska.